UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CUSTOM APPLE PACKERS, INC., a Washington corporation,<br><br>                 Plaintiff,<br><br>  v.<br><br>NOVAZONE, INC., ndba PURFRESH, INC., a California corporation,<br><br>                 Defendant. | NO: 11-CV-3064-TOR<br><br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (ECF No. 28). The parties stipulated and agreed that this matter has been settled and forever resolved, with each party bearing its own costs and attorneys' fees.

**Accordingly, IT IS HEREBY ORDERED**:

All claims and causes of action in the above-entitled matter are hereby **DISMISSED** with prejudice and without costs or fees to any party.

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

1 | The District Court Executive is hereby directed to enter this Order and
2 | furnish copies to counsel and close the file.
3 | **DATED** this 16th day of August, 2012.

1  The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and close the file.

**DATED** this 16th day of August, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2